Stephen M. Doniger, Esq. (SBN179314)
Email: Stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: Scott@DonigerLawFirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually, and doing business as "FIESTA FABRIC," <br><br> Plaintiff, <br><br> vs. <br><br> OVERSTOCK.COM, INC., a Utah Corporation; BOSCOV'S DEPARTMENT STORE, LLC, A Pennsylvania Limited Liability Company; REPUBLIC CLOTHING GROUP, INC., a New York Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: CV 15-04131 DSF-AS <br> *Honorable Dale S. Fischer Presiding* <br><br> **NOTICE OF SETTLEMENT** |

- 1 -

NOTICE OF SETTLEMENT

1  *TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

2  PLEASE TAKE NOTICE THAT the parties to this action have reached
3  settlement of the above-captioned matter in its entirety and are currently in the
4  process of finalizing the terms of the long-form settlement agreement. The parties
5  anticipate filing a Notice of Dismissal within thirty days of today's date with each
6  party paying its own attorneys' fees and costs. So owing, Plaintiff respectfully
7  requests that the current hearings, dates, and deadlines be vacated so that the parties
8  can finalize performance of the terms of the agreement and file the dismissal.

Respectfully submitted,

Dated: September 3, 2015    By:   /s/ Trevor W. Barrett
                                  Scott A. Burroughs, Esq.
                                  Trevor W. Barrett, Esq.
                                  DONIGER /BURROUGHS
                                  Attorneys for Plaintiff