AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court- Central<br>312 N. Spring Street<br>Los Angeles, CA 90021 |
|---|---|
| DOCKET NO.<br>CV 15-04131 DSF | DATE FILED<br>6/2/2015 |
| PLAINTIFF<br>GOLD VALUE INTERNATIONAL TEXTILE, INC. | DEFENDANT<br>OVERSTOCK.COM, INC., et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-750-055 | FIE-206-780-3 | GOLD VALUE INT'L TEXTILE INC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment<br>"Text Only Entry (In Chambers): Order Dismissing Case" | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>9/8/2015 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>7/22/2021 |

3) Upon termination of action,
   mail copy to Register of Copyrights