ACCO,(ASx),AO121,CLOSED,DISCOVERY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:15-cv-04131-DSF-AS
# Internal Use Only

Gold Value International Textile, Inc v. Overstock.com, Inc. et al
Assigned to: Judge Dale S. Fischer
Referred to: Magistrate Judge Alka Sagar
Demand: $150,000
Cause: 28:1338 Copyright Infringement

Date Filed: 06/02/2015
Date Terminated: 09/08/2015
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/08/2015 | 22 | TEXT ONLY ENTRY (IN CHAMBERS): ORDER DISMISSING CASE DUE TO SETTLEMENT by Judge Dale S. Fischer. The Court has been advised by counsel that this action has been settled. Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for 45 days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dp) TEXT ONLY ENTRY (Entered: 09/08/2015) |
| 09/08/2015 | 🔒 | (Court only) ***(MD JS-6. Case Terminated.) (dp) (Entered: 09/08/2015) |